IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. MISC. S-04-065 FCD GGH |
| vs. | (CR-S-02-422 FCD) |
| CHARLES MICHAEL ZUREK JR., | ORDER |
| Defendant and Judgment Debtor. | |
| THE HARTFORD, | |
| Garnishee. | |

On August 9, 2005, the United States filed a request for entry of order of garnishment on the Hartford, indicating that the current balance owing by the Judgment Debtor is $272,713.72. The request included a proposed order directing the Hartford to turn over approximately $130,488.44 or the total amount of funds remaining in that account. The original application for garnishment on garnishee Hartford stated a balance owing of $401,681.50.

Because the amounts differ, plaintiff is directed to file a declaration setting forth how plaintiff arrived at the amount requested, including any debt previously satisfied by the Judgment Debtor, so that the record accurately reflects the amount sought.

1

1  Accordingly, IT IS HEREBY ORDERED that the government file a declaration in
2  ten days which provides the information set forth above.
3  DATED: 9/13/05

5  /s/ Gregory G. Hollows
6  GREGORY G. HOLLOWS
   U. S. MAGISTRATE JUDGE

7  GGH/076
   Zurek.hart

2