1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              )         MISC. S-04-065-FCD-GGH
                                            )
12                 Plaintiff,               )         (CR-S-02-422-FCD)
                                            )
13          v.                              )
                                            )
14   CHARLES MICHAEL ZUREK, JR.,            )         ORDER OF GARNISHMENT (ACCOUNTS)
                                            )
15                 Defendant.               )
                                            )
16   _____    )
                                            )
17   THE HARTFORD,                          )
                                            )
18                 Garnishee.               )
     _____    )

19          A Writ of Garnishment (Account) directed to the Garnishee Hartford has been duly issued

20   and served upon the Garnishee.  The Garnishee filed an Answer of Garnishee stating that at the time

21   of service of the Writ, the Garnishee has custody or possession of the following property (non-

22   earnings), in which the Judgment Debtor maintains an interest, as described below:

23          1.     Hartford Annuity account number 310155487 in the approximate amount of

24                 $130,488.44.

25          The balance owing by the Judgment Debtor on the judgment is $272,673.94 (includes the

26   principal balance of $236,197.22 and 10% surcharge of $36,516.50), and said amount is current from

27   the amount as shown in the Application For Writ of Garnishment (Account) filed herein.

28   ////

The Judgment Debtor was served by the Garnishee with the Answer of Garnishee, and the Judgment Debtor has not filed a written objection or requested a hearing within 20 days, as set forth in 28 U.S.C. § 3205(c)(5).  The Judgment Debtor has not requested a hearing on a claim of exemption, as set forth in 28 U.S.C. § 3014(b)(2).

Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files an answer, and if no hearing is requested within the required time period, the court shall promptly enter an order directing the Garnishee as to the disposition of the Judgment Debtor's property.

ACCORDINGLY, IT IS ORDERED that the Garnishee Hartford shall turn over to the Plaintiff United States of America the approximate amount of $130,488.44, or the total amount of funds remaining in Hartford Annuity account number 310155487.

IT IS FURTHER ORDERED that upon receipt of payment by the United States, the Writ of Garnishment directed at the Hartford is hereby terminated.

IT IS SO ORDERED.

DATED: 9/29/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
United States Magistrate Court  Judge

zurek.ord08